

**DISTRICT ATTORNEY**
**KINGS COUNTY**
350 JAY STREET
BROOKLYN, NY 11201-2908
(718) 250-2000
WWW.BROOKLYNDA.ORG

**Eric Gonzalez**
District Attorney

**Camille O'Hara Gillespie**
Assistant District Attorney

June 25, 2018

Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court for the
    Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

        Re:  Joseph v. Graham
              No. 18-CV-1877 (KAM)
              (relating to Kings County
              Ind. No. 267/2008)

Dear Judge Matsumoto:

    The Respondent's answer to this Court's Order to Show Cause in the above-referenced habeas case has been filed today along with some exhibits. Because of the length and number of exhibits in this case, it is not possible to file electronically all of the exhibits in the same ECF session, given that the session time on ECF is limited when uploading files. The remaining exhibits are being filed today in subsequent ECF sessions. This letter will accompany the exhibits filed during each ECF session following the main filing of Respondent's answer to the Order to Show Cause.

                              Sincerely,

                              Camille O'Hara Gillespie
                              Assistant District Attorney
                              (718) 250-2490

cc:  Jeffrey Joseph (by U.S. Mail)
     Inmate Number 09-A-2969
     Clinton Correctional Facility
     P.O. Box 2001
     Dannemora, New York  12929