Kiyo A. Matsumoto, Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201



Rec'd 7/19/18

RECEIVED JUL 10 2018 PRO SE OFFICE

July 2, 2018

RE: Joseph v. Graham  (18-CV-01877-KAM-LB)

To: Honorable K.A.M.,

    This is Jeffrey Joseph #09A2969, thank you for granting me an extension to file a supporting memorandum of law in support of my application. Please note that this extension was due to my hardships suffered in the loss of my property, for which I still haven't received. Even though I still haven't ~~recovered~~ recovered copies of the lost legal documents, progress has been made due to the grant in the extension which was greatly appreciated. My old appellate attorney, Ms. Amy Donner, ESQ., Legal Aid Society, e-mailed my transcripts and related documents to Franzblau Dratch, PC, and in turn he filed a petition with memorandum of law on my behalf dated/filed on June 21, 2018, titled: Jeffrey Joseph v. Michael Kirkpatrick, Supt. at Clinton Corr. Fac. I just received a copy of said petition and memorandum of law which only argues one issue (prosecutorial misconduct). I ask that the Honorable Court please accept this recent petition and supporting memorandum of law as timely. The petition also manifests that it was filed in the Northern District of New York. Franzblau Dratch will be alerted of this error. I suffered deprivation of a constitutional magnitude which is meritorious and respectfully request for the opportunity to present these issues for the Honorable Courts review. Thank you in advance.

CC: Files/District Attorney, Kings County

J. Joseph #09A2969

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2000
DANNEMORA, NEW YORK 12929

NAME: Jeffrey Joseph    DIN: 09A2969

Clinton

Correctional Facility

NEOPOST
07/03/2018
US POSTAGE $000.47⁰

FIRST-CLASS MAIL

ZIP 12929
041M11272305

Kiyo A. Matsumoto, Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

CONFIDENTIAL

PRIVILEGED

LEGAL MAIL

1120131832 C030